B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meadors, Donald J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Meadors, Mabel V** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-2755** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-7190** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1746 Alan Deatherage Drive**<br>**Bolingbrook, IL**<br>ZIP Code **60490** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1746 Alan Deatherage Drive**<br>**Bolingbrook, IL**<br>ZIP Code **60490** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 17 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - CA

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☐ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ■ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUN 17 2015
JEFFREY P. ALLSTEADT, CLERK
PS REP. - CA

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Meadors, Donald J**<br>**Meadors, Mabel V** |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
### (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Meadors, Donald J** |
| **Meadors, Mabel V** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Donald J. Meadors_
Signature of Debtor **Donald J Meadors**

X _Mabel V. Meadors_
Signature of Joint Debtor **Mabel V Meadors**

 **314-607-2572**
Telephone Number (If not represented by attorney)

 _6-16-15_
Date

### Signature of Attorney*

X **Debtor not represented by attorney**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b) and; (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Donald J Meadors**
         **Mabel V Meadors**                                          Case No. _____

_____

                                          Debtor(s)                  Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  *Donald J. Meadors*
                      **Donald J Meadors**

Date:  *6-16-15*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Donald J Meadors
       Mabel V Meadors                           Case No. _____

                                  Debtor(s)           Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
　　　　　　　　　　**Mabel V Meadors**

Date: ___6-16-15_____

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Donald J Meadors,**
    **Mabel V Meadors,**

Case No. _____

Debtors ,

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,840.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,200.33 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 326,310.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,037.93 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,196.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 4,840.00 | | |
| Total Liabilities | | | | 332,510.99 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Donald J Meadors,**
**Mabel V Meadors,**

Case No._____

_____
Debtors

Chapter_____ **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,200.33 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 77,501.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 79,701.33 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,037.93 |
| Average Expenses (from Schedule J, Line 22) | 2,196.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 2,168.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 2,200.33 |
| 4. Total from Schedule F | | 326,310.66 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 5) | | 328,510.99 |

B6A (Official Form 6A) (12/07)

.

In re  **Donald J Meadors,**
     **Mabel V Meadors**
                                   Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | J | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

   **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Donald J Meadors,**
**Mabel V Meadors**
_____,
Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 40.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking** | J | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | 600.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | J | 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       840.00
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Donald J Meadors,**
    **Mabel V Meadors**                                              Case No. _____

_____
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Donald J Meadors,**
      **Mabel V Meadors,**
                                       Case No. _____

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Mercury Montego** | J | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 4,000.00 |
| Total > | 4,840.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  **Donald J Meadors,**
       **Mabel V Meadors**                                          Case No. _____

                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $155,675. *(Amount subject to adjustment on 4-1-16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                             *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | **735 ILCS 5/12-1001(b)** | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking | **735 ILCS 5/12-1001(b)** | 0.00 | 0.00 |
| **Household Goods and Furnishings** | | | |
| Furniture | **735 ILCS 5/12-1001(b)** | 600.00 | 600.00 |
| **Wearing Apparel** | | | |
| Clothing | **735 ILCS 5/12-1001(a)** | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Mercury Montego | **735 ILCS 5/12-1001(c)** | 4,000.00 | 4,000.00 |

|  | Total: | **4,840.00** | **4,840.00** |
|---|---|---|---|

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re   **Donald J Meadors,**
  **Mabel V Meadors,**
                                                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Totals(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | **2007 Mercury Montego** | | | | | |
| **Capitol One Auto Finance** **ATTN: BANKRUPTCY DEPT.** **3901 Dallas Pkwy** **Plano, TX 75093** | | | | J | | | | | | | |
| | | | | | | Value $           4,000.00 | | | | 4,000.00 | 0.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | | | |
|---|---|---|---|
| | Subtotal (Total of this page) | 4,000.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 4,000.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re   **Donald J Meadors,**                                                      Case No. _____
         **Mabel V Meadors,**

_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_\* Amount subject to adjustment on 4 01 16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                              __1___  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Donald J Meadors,**
**Mabel V Meadors**                                                    Case No. _____

_____
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

                                                    Taxes and Certain Other Debts
                                                    Owed to Governmental Units

                                                                TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **6081** | | | **2008** | | | | | | |
| **Collector of Revenue** **ATTN: BANKRUPTCY DEPT.** **1200 Market St. Room 109** **Saint Louis, MO 63103** | | W | **2008, 2011,2012 Personal Property Taxes for Mabel Meadors** | | | | | 2,114.43 | |
| | | | | | | | 2,114.43 | 0.00 | |
| Account No. **7700** | | | **2010** | | | | | | |
| **Collector of Revenue** **ATTN: BANKRUPTCY DEPT.** **1200 Market St. Room 109** **Saint Louis, MO 63103** | | H | **2010 Personal Property Taxes for Donald Meadors** | | | | | 85.90 | |
| | | | | | | | 85.90 | 0.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 2,200.33 | 2,200.33 0.00 |
| Total (Report on Summary of Schedules) | 2,200.33 | 2,200.33 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Donald J Meadors,**
       **Mabel V Meadors**                                        Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5404**<br><br>**ACB Recovery**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 2548**<br>**Cincinnati, OH 45201** | | J | **Medical Bill** | | | | 630.00 |
| Account No. **xxx6332**<br><br>**Account Resolution Corporation**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3860**<br>**Chesterfield, MO 63006** | | J | **Collection (St Louis Sewer)**<br>**2801 Caroline St**<br>**St Louis, MO 63104** | | | | 882.52 |
| Account No. **xx1944**<br><br>**Account Resolution Corporation**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3860**<br>**Chesterfield, MO 63006** | | J | **Collection (SSM Cardiovascular)** | | | | 926.87 |
| Account No. **xx8536**<br><br>**Account Resolution Corporation**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3860**<br>**Chesterfield, MO 63006** | | J | **Colection (Medical Bill )** | | | | 94.31 |

_34_  continuation sheets attached

Subtotal
(Total of this page)                                              2,533.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
          **Mabel V Meadors**                                                      Case No. _____

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1988**<br><br>**Account Resolution Corporation**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3860**<br>**Chesterfield, MO 63006** | | J | Collection (Rehab Professionals) | | | | 254.00 |
| Account No. **xxx9584**<br><br>**Account Resolution Corporation**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3860**<br>**Chesterfield, MO 63006** | | J | Collection (Metro Imaging) | | | | 286.00 |
| Account No. **xxxxx5992**<br><br>**AFNI**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3517**<br>**Bloomington, IL 61702** | | J | Collection (ATT Uverse) | | | | 203.18 |
| Account No. **xx4648**<br><br>**AFNI**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3517**<br>**Bloomington, IL 61702** | | J | Collection (Family Insurance) | | | | 13,026.00 |
| Account No. **1193**<br><br>**Allergy and Asthma Care Center**<br>**ATTN: BANKRUPTCY DEPT.**<br>**120 N E Glen Oak Ave Ste 408**<br>**Peoria, IL 61603** | | J | Medical Bill | | | | 20.00 |

Sheet no. **1** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                            13,789.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
        **Mabel V Meadors,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx-x5021**<br><br>**Ameren Missouri**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 790098**<br>**Saint Louis, MO 63179** | | J | | Utility Bill | | | | 66.13 |
| Account No. **2153**<br><br>**AMEX**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 297871**<br>**Fort Lauderdale  33329** | | J | | 03/1984<br>Consumer Debt | | | | 74.00 |
| Account No. **xxxx6317**<br><br>**Apelles**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 1197**<br>**Westerville, OH 43086** | H | | | Collection (US Bank) | | | | 460.05 |
| Account No. **xxxx0732**<br><br>**Arnold Harris**<br>**ATTN: BANKRUPTCY DEPT.**<br>**600 W. Jackson Blvd**<br>**Chicago, IL 60661** | | J | | Collection (Illinois Tollway) | | | | 566.40 |
| Account No. **x8278**<br><br>**Associates in Dermatology**<br>**ATTN: BANKRUPTCY DEPT.**<br>**1404 Eastland Srive**<br>**Bloomington, IL 61701** | | J | | Medical Bill | | | | 50.20 |

Sheet no. __2__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,216.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
         **Mabel V Meadors,**
                                                                      Case No. _____
_____
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0160** | | | **Consumer Debt** | | | | |
| **AT & T Cellular** **ATTN: BANKRUPTCY DEPT.** **PO Box 5014** **Carol Stream, IL 60197** | | J | | | | | 312.16 |
| Account No. **xxxx-xxx-0457** | | | **Utility Bill** | | | | |
| **AT&T** **ATTN: BANKRUPTCY DEPT.** **208 S. Akard St** **Dallas, TX 75202** | | J | | | | | 183.41 |
| Account No. **xxx5357** | | | **Collection (Health Specialists)** | | | | |
| **ATG Credit** **ATTN: BANKRUPTCY DEPT.** **1700 W. Corland St Ste 201** **Chicago, IL 60622** | | J | | | | | 222.00 |
| Account No. **xxxxx1936** | | | **Utility Bill** | | | | |
| **ATT Mobility** **ATTN: BANKRUPTCY DEPT.** **PO Box 650553** **Dallas, TX 75265** | | J | | | | | 206.87 |
| Account No. **xx3532** | | | **Medical Bill** | | | | |
| **Bako** **ATTN: BANKRUPTCY DEPT.** **PO Box 6039** **Falmouth, ME 04105** | | J | | | | | 40.00 |

Sheet no. __3__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    964.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
**Mabel V Meadors**
_____
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx6418<br><br>**Bank of America**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | | H | **Foreclosure**<br>**Donald Meadors**<br>**1473 Stewart Place**<br>**St. Louis, MO** | | | | 26,551.55 |
| Account No. xxxxx4071<br><br>**Barnes Jewish Hospital**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 504391**<br>**Saint Louis, MO 63160** | | J | **Medical Bill** | | | | 150.64 |
| Account No. 3551<br><br>**Bay Area Credit Services**<br>**1901 W. 10th St**<br>**Antioch, CA 94509** | | J | **05/2012**<br>**Consumer Debt** | | | | 132.24 |
| Account No. xx8611<br><br>**Bellevue Radiology**<br>**ATTN: BANKRUPTCY DEPT.**<br>**Po Box 796023**<br>**Saint Louis, MO 63179** | | J | **Medical Bill** | | | | 62.90 |
| Account No. xx0020<br><br>**BJC Healthcare**<br>**ATTN: BANKRUPTCY DEPT.**<br>**Po Box 958410**<br>**Saint Louis, MO 63195** | | J | **Medical Bill** | | | | 3,050.38 |

Sheet no. __4__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,947.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
         **Mabel V Meadors**                                    Case No. _____

_____
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6989**<br><br>**Bone and Joint Institute**<br>**ATTN: BANKRUPTCY DEPT.**<br>**2325 Dougherty Ferry Road Ste 202**<br>**Saint Louis, MO 63122** | | J | Medical Bill | | | | 39.16 |
| Account No. **xxxx3932**<br><br>**Butler Security**<br>**ATTN: BANKRUPTCY DEPT.**<br>**16925 Manchester Road**<br>**Grover, MO 63040** | | J | Consumer Debt | | | | 100.35 |
| Account No. **xxx9003**<br><br>**CACi**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 270480**<br>**Saint Louis, MO 63127** | | J | Collection (Washingon School of Medicine) | | | | 1,246.71 |
| Account No. **xxx7855**<br><br>**CACi**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 270480**<br>**Saint Louis, MO 63127** | | J | Collection (St Anthonys) | | | | 225.00 |
| Account No. **xxx2437**<br><br>**CACi**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 270480**<br>**Saint Louis, MO 63127** | | J | Collection (Laclede Gas) | | | | 336.92 |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,948.14

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
**Mabel V Meadors,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9756 | | | 02/2009 | | | | |
| CBE Group ATTN: BANKRUPTCY DEPT. 1309 Technology Pkwy Cedar Falls, IA 50613 | | J | Collection (COMED) | | | | 68.00 |
| Account No. xxxxxxx0823 | | | Consumer Debt | | | | |
| CCS/Cortrust ATTN: BANKRUPTCY DEPT. 500 E. 60th St N Sioux Falls, SD 57104 | | J | | | | | 389.00 |
| Account No. xxxxxxx1689 | | | Collection (St Louis Hosp) | | | | |
| Central Financial Control ATTN: BANKRUPTCY DEPT. PO Box 66044 Anaheim, CA 92816 | | J | | | | | 921.17 |
| Account No. xxxxxx6309 | | | Collection (Des Peres Hospital) | | | | |
| Central Financial Control ATTN: BANKRUPTCY DEPT. PO Box 66044 Anaheim, CA 92816 | | J | | | | | 1,469.00 |
| Account No. xxx0918 | | | Collection (Austin Anesthesia) | | | | |
| Certified Services ATTN: BANKRUPTCY DEPT. 1733 Washington St Ste 201 Waukegan, IL 60085 | | H | | | | | 1,556.00 |

Sheet no. __6__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,403.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
         **Mabel V Meadors,**
                                                                    Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0510**<br><br>**Charter Communications**<br>**ATTN: BANKRUPTCY DEPT.**<br>**12405 Powerscout Drive**<br>**Saint Louis, MO 63131** | | J | **Consumer Debt** | | | | 699.62 |
| Account No. **xxxx4232**<br><br>**Chase Receivables**<br>**ATTN: BANKRUPTCY DEPT.**<br>**1247 Broadway**<br>**Sonoma, CA 95476** | | J | **Collection (Ashro)** | | | | 139.30 |
| Account No. **xxxx4355**<br><br>**Childrens Hospital**<br>**ATTN: BANKRUPTCY DEPT.**<br>**One Childrens Place**<br>**Saint Louis, MO 63110** | | H | **Medical Bill** | | | | 5,714.00 |
| Account No. **xxxxxx1945**<br><br>**Choice Recovery**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 20790**<br>**Columbus, OH 43220** | | J | **Collection (North Surburban Cardiology)** | | | | 190.00 |
| Account No. **xx1829**<br><br>**Christian NE-NW**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 958188**<br>**Saint Louis, MO 63195** | | J | **Medical Bill** | | | | 21.00 |

Sheet no. __7__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              6,763.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**                                    Case No. _____
         **Mabel V Meadors,**
_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0301  CitiFinancial Auto ATTN: BANKRUPTCY DEPT. Hampton PO Box 183036 Columbus, OH 43218 | | H | | 1999 Oldmobile | | | | 4,657.46 |
| Account No. xx-x7434  City of St Louis EMS ATTN: BANKRUPTCY DEPT. Po Box 956135 Saint Louis, MO 63195 | | J | | Medical Bill | | | | 90.40 |
| Account No. xx9F8D  City of St. Louis ATTN: BANKRUPTCY DEPT. PO Box 78669 Saint Louis, MO 63178 | | J | | St Louis Parking tickets | | | | 600.00 |
| Account No. xxxxxx9635  Clayton Emergency Group ATTN: BANKRUPTCY DEPT. PO Box 400 San Antonio, TX 78292 | | J | | Medical Bill | | | | 42.20 |
| Account No. xxx2409  Club Fitness ATTN: BANKRUPTCY DEPT. 259 Centre Pointe Drive Saint Peters, MO 63376 | | J | | Consumer Debt | | | | 127.98 |

Sheet no. __8__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,518.04**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
         **Mabel V Meadors,**
                                                                    Case No. _____
_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1838 <br><br> **CMRE Financial Services** <br> **ATTN: BANKRUPTCY DEPT.** <br> **3075 E. Imperial Hwy #200** <br> **Brea, CA 92821** | | J | Collection (Clayton Emergency) | | | | 42.20 |
| Account No. xxxxx8562 <br><br> **Complete Payment Recovery Service** <br> **ATTN: BANKRUPTCY DEPT.** <br> **3500 5th St** <br> **Northport, AL 35476** | | J | Collection (Fifth Third) | | | | 259.90 |
| Account No. xxxx9747 <br><br> **Consolidated Recovery Systems** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 172193** <br> **Memphis, TN 38187** | | J | Collection (St Louis Sewer) <br> 2801 Caroline St <br> St Louis, MO 63104 | | | | 401.57 |
| Account No. xxxxxx0-113 <br><br> **Consultants in Pathology** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 30309** <br> **Charleston, SC 29417** | | J | Medical Bill | | | | 52.50 |
| Account No. 7856 <br><br> **Consumer Adjustments Co** <br> **ATTN: BANKRUPTCY DEPT.** <br> **12855 Tesson Ferry Road** <br> **Saint Louis, MO 63128** | | J | 08/2011 <br> Medical Bill (St Anthonys Hospital) | | | | 150.00 |

Sheet no. __9__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     906.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
         **Mabel V Meadors**                                    Case No. _____
_____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4559** <br><br> **Consumer Adjustments Co** <br> **ATTN: BANKRUPTCY DEPT.** <br> **12855 Tesson Ferry Road** <br> **Saint Louis, MO 63128** | | J | 10/2009 <br> **Medical Bill (St Anthonys Hospital)** | | | | 84.00 |
| Account No. **9034** <br><br> **Consumer Adjustments Co** <br> **ATTN: BANKRUPTCY DEPT.** <br> **12855 Tesson Ferry Road** <br> **Saint Louis, MO 63128** | | J | 05/2010 <br> **Medical Bill (St Anthonys Hospital)** | | | | 75.00 |
| Account No. **9387** <br><br> **Consumer Adjustments Co** <br> **ATTN: BANKRUPTCY DEPT.** <br> **12855 Tesson Ferry Road** <br> **Saint Louis, MO 63128** | | J | 05/2010 <br> **Medical Bill (St Anthonys Hospital)** | | | | 55.00 |
| Account No. **xx4334** <br><br> **Consumer Collection Management** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 1839** <br> **Maryland Heights, MO 63043** | | J | **Collection (Medical Bills)** | | | | 822.33 |
| Account No. **xxxxx6545** <br><br> **Consumer Collection Management** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 1839** <br> **Maryland Heights, MO 63043** | | J | **Collection (Barnes Jewish Hospital)** | | | | 358.85 |

Sheet no. __**10**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,395.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald J Meadors,**
      **Mabel V Meadors,**

Case No. _____

                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7230** <br><br> **Credit Collection** <br> **ATTN: BANKRUPTCY DEPT.** <br> **Two Wells Ave** <br> **Newton Center, MA 02459** | | J | 06/2012 <br> **Medical Bill  (Quest)** | | | | 20.00 |
| Account No. **xxxx584-7** <br><br> **Credit Control** <br> **ATTN: BANKRUPTCY DEPT.** <br> **5757 Phanton Drive** <br> **Hazelwood, MO 63042** | | H | **Metroploitan St Louis Sewer(1473 Stewart Pl. St Louis)** | | | | 7,591.69 |
| Account No. **5554** <br><br> **Credit Management LP** <br> **ATTN: BANKRUPTCY DEPT.** <br> **4200 International Pkwy** <br> **Carrollton, TX 75007** | | J | 08/2011 <br> **Collection (Charter Comm)** | | | | 311.00 |
| Account No. **xxxxxx7747** <br><br> **Credit Protection Association** <br> **ATTN: BANKRUPTCY DEPT.** <br> **13355 Noel Road Ste 2100** <br> **Dallas, TX 75240** | | J | **Collection (Comcast)** | | | | 339.00 |
| Account No. **xxxxxx-xx9720** <br><br> **Creditors Discount & Aud** <br> **ATTN: BANKRUPTCY DEPT.** <br> **415 E. Main St** <br> **Streator, IL 61364** | | J | **Collection (City of Joliet/Parking)** | | | | 70.00 |

Sheet no. __11__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,331.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald J Meadors,**
       **Mabel V Meadors,**
                                                                    Case No. _____
_____
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xe007**  Davis Dental Care ATTN: BANKRUPTCY DEPT. 331 DeBaliviere Saint Louis, MO 63112 | | H | | Medical Bill | | | | 142.00 |
| Account No. **xxxxxx6278**  Dept of Education/Navient ATTN: BANKRUPTCY DEPT. PO Box 9635 Wilkes Barre, PA 18773 | | J | | Student Loan | | | | 77,501.00 |
| Account No. **xxxx1780**  Edward Health Ventures ATTN: BANKRUPTCY DEPT. 26185 Network Place Chicago, IL 60673 | | J | | Medical Bill | | | | 1,495.00 |
| Account No. **xxxxxx9484**  Edward Hospital ATTN: BANKRUPTCY DEPT. PO Box 4207 Carol Stream, IL 60197 | | J | | Medical Bill | | | | 1,188.50 |
| Account No. **xx3854**  Emergency Physicians Office ATTN: BANKRUPTCY DEPT. PO Box 3475 Toledo, OH 43607 | | J | | Medical Bill | | | | 392.00 |

Sheet no. __12__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80,718.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
       **Mabel V Meadors**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3267**<br><br>**EMP of Cook County, LLC**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 636750**<br>**Cincinnati, OH 45263** | | J | Medical Bill | | | | 296.40 |
| Account No. **xxx8319**<br><br>**Enhanced Recovery Corporation**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 57547**<br>**Jacksonville, FL 32241** | | J | Collection (ATT) | | | | 171.00 |
| Account No. **2755**<br><br>**EOS CCA**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3488**<br>**Jefferson City, MO 65105** | | H | Collection (Missouri Dept of Revenue)<br>Donald Meadors | | | | 5,430.01 |
| Account No. **xxx3210**<br><br>**EOS CCA**<br>**ATTN: BANKRUPTCY DEPT.**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** | | J | Collection (ATT Mobility) | | | | 68.00 |
| Account No. **xx-2855**<br><br>**Evans & Dixon**<br>**ATTN: BANKRUPTCY DEPT.**<br>**211 N. Broadway Ste 2500**<br>**Saint Louis, MO 63102** | | J | Consumer Debt (Ruth Bracken)<br>Donald Meadors | | | | 3,578.15 |

Sheet no. __**13**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **9,543.56**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
       **Mabel V Meadors,**
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx2309<br><br>**Extended Business Office**<br>ATTN: BANKRUPTCY DEPT.<br>13523 Barrett Parkway Drive Ste 241<br>Ballwin, MO 63021 | | J | Medical Bill | | | | 1,729.36 |
| Account No. x8934<br><br>**Family Health Care Centers**<br>ATTN: BANKRUPTCY DEPT.<br>401 Holly Hills Ave<br>Saint Louis, MO 63111 | | J | Medical Bill | | | | 358.00 |
| Account No. 2122<br><br>**Financial Corporation of America**<br>ATTN: BANKRUPTCY DEPT.<br>12515 Research Blvd #2 Ste 100<br>Cuney, TX 75759 | | J | 12/2010<br>Medical Bill | | | | 47.00 |
| Account No. 7621<br><br>**Firstsource Advantage**<br>ATTN: BANKRUPTCY DEPT.<br>7650 Magna Drive<br>Belleville, IL 62223 | | J | 04/2007<br>Collection (ENT Associates Inc) | | | | 163.00 |
| Account No. 0042<br><br>**Forest Park Pediatrics**<br>ATTN: BANKRUPTCY DEPT.<br>PO Box 16604<br>Saint Louis, MO 63105 | | H | Medical Bill | | | | 1,123.20 |

Sheet no. __14__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,420.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
    **Mabel V Meadors**
                                                        Case No. _____
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx4837 Franciscan Alliance ATTN: BANKRUPTCY DEPT. 37653 Eagle Way Chicago, IL 60678 | | | J | Medical Bill | | | | 1,628.07 |
| Account No. xxxx xxxxline Gate District East Association ATTN: BANKRUPTCY DEPT. PO Box 2021 Saint Louis, MO 63158 | | | J | Consumer Debt | | | | 399.00 |
| Account No. xxxx4507 IC System, Inc ATTN: BANKRUPTCY DEPT. 444 Highway 96 East Saint Paul, MN 55164 | | | J | Collection (Target) | | | | 461.34 |
| Account No. xxxxxxx7001 IC Systems Inc ATTN: BANKRUPTCY DEPT. PO Box 64378 Saint Paul, MN 55164 | | | J | Collection (RCN Corp.) | | | | 608.00 |
| Account No. xxxx5478 Illinois Collection Service ATTN: BANKRUPTCY DEPT. Po Boc 1010 Tinley Park, IL 60477 | | | J | Collection (Medical Bill) | | | | 740.00 |

Sheet no. __15__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                3,836.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald J Meadors,**
       **Mabel V Meadors,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4088**<br><br>**Illinois Collection Service**<br>**ATTN: BANKRUPTCY DEPT.**<br>**Po Boc 1010**<br>**Tinley Park, IL 60477** | | J | Collection (Yousef Darwish MD) | | | | 150.00 |
| Account No. **xxxxxx & xx1S2B**<br><br>**Illinois Tollway**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 5544**<br>**Chicago, IL 60680** | | J | Consumer Debt | | | | 621.80 |
| Account No. **xxxxx7942**<br><br>**Ingalls Memorial Hospital**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 5435 Dept 0028**<br>**Carol Stream, IL 60197** | | J | Medical Bill | | | | 75.00 |
| Account No. **xxxxxxx2122**<br><br>**Inpatient Consultants**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 92707**<br>**Los Angeles, CA 90009** | | J | Medical Bill | | | | 47.00 |
| Account No. **xxxxxx2122**<br><br>**Inpatient Consultants of MO**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 92707**<br>**Los Angeles, CA 90009** | | J | Medical Bill | | | | 47.00 |

Sheet no. __16__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

940.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald J Meadors,**
**Mabel V Meadors**
_____
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx4573<br><br>**Integrity Solutions Svcs**<br>**ATTN: BANKRUPTCY DEPT.**<br>**20 Corporate Hills Dr**<br>**Saint Charles, MO 63301** | | J | Collection (Pendrick INF Level 4) | | | | 740.00 |
| Account No. **xxxx & 2755**<br><br>**Internal Revenue Service**<br>**ATTN: BANKRUPTCY DEPT.**<br>**Kansas City, MO 64999** | | H | 2008<br>Federal taxes 2004 - 2011<br>Donald Meadors | | | | 12,773.44 |
| Account No.<br><br>**Internal Revenue Service**<br>**ATTN: BANKRUPTCY DEPT.**<br>**Kansas City, MO 64999** | | W | 2011 Federal Taxes - Mabel Meadors | | | | 335.71 |
| Account No. **xxxxx9663**<br><br>**IT Please**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 550747**<br>**Jacksonville, FL 32255** | | J | Consumer Debt | | | | 19.95 |
| Account No. **xx7542**<br><br>**Jerry Bowlin**<br>**ATTN: BANKRUPTCY DEPT.**<br>**520 W. 103rd S , St e252**<br>**Kansas City, MO 64114** | | H | Collection (US Bank) | | | | 724.98 |

Sheet no. **17** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 14,594.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
        **Mabel V Meadors**                                                Case No. _____

_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6418** <br><br> **Kozeny & McCubbin** <br> **ATTN: BANKRUPTCY DEPT.** <br> **12400 Olive Blvd** <br> **Saint Louis, MO 63141** | | H | Foreclosure 1473 Stewart Place, St Louis, MO 63112 | | | | 33,884.74 |
| Account No. **xxxx5657** <br><br> **Kramer and Frank PC** <br> **9300 Dielman Ind Drive** <br> **63132** | | J | Collection (Christian NE MW) | | | | 21.00 |
| Account No. **xxxx*xxxx419.1** <br><br> **Laboratory & Pathology Diagnostics** <br> **ATTN: BANKRUPTCY DEPT.** <br> **Department 4387** <br> **Carol Stream, IL 60122** | | J | Medical Bill | | | | 595.90 |
| Account No. **xx9F8D** <br><br> **LDC Collection Systems** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 78669** <br> **Saint Louis, MO 63178** | | J | Collection (City of St Louis) | | | | 120.00 |
| Account No. **xxx4609** <br><br> **Linebarger Goggan Blair & Sampson** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 06140** <br> **Chicago, IL 60606** | | J | Chicago Parking Ticket | | | | 100.00 |

Sheet no. __18__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **34,721.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**         Case No. _____
         **Mabel V Meadors**
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxx6982**<br><br>**Mark Mc Mahon**<br>**ATTN: BANKRUPTCY DEPT.**<br>**7912 Bonhomme Ste 101**<br>**Saint Louis, MO 63105** | | J | **Civil Action (Johnny&Atlas Brooks)**<br>**Donald Meadors** | | | | 8,471.08 |
| Account No.<br><br>**Massage Envy**<br>**ATTN: BANKRUPTCY DEPT.**<br>**15159 S. LaGrange Road**<br>**Orland Park, IL 60462** | | J | **Consumer Debt** | | | | 236.00 |
| Account No. **xxxxxx0000**<br><br>**Matthew S Wilson LLC**<br>**ATTN: BANKRUPTCY DEPT.**<br>**621 S. New Ballas Road**<br>**Saint Louis, MO 63141** | | J | **Consumer Debt** | | | | 22.00 |
| Account No. **xx9046**<br><br>**MCA Management Company**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 480**<br>**High Ridge, MO 63049** | | J | **Collection (Family Health)** | | | | 358.00 |
| Account No. **xx0363**<br><br>**MCA Management Company**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 480**<br>**High Ridge, MO 63049** | | J | **Collection (Medical Bill )** | | | | 62.90 |

Sheet no. **19** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

       Subtotal
       (Total of this page)    **9,149.98**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
      **Mabel V Meadors,**
                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0363**<br><br>**MCA Management Company**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 480**<br>**High Ridge, MO 63049** | | J | 05/2011<br>**Medical Bill** | | | | 63.00 |
| Account No. **xx9046**<br><br>**Medical Commercial Audit**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 480**<br>**High Ridge, MO 63049** | | J | **Collection ( Medical Bill)** | | | | 62.90 |
| Account No. **6939**<br><br>**Medical Financial Solutions**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 50897**<br>**Climax, MI 49034** | | J | 05/2011<br>**Medical Bill Valley Baptist Health Systems)** | | | | 956.60 |
| Account No. **xxxx*xxx018.1**<br><br>**Medical Radiological Assoc**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 38900**<br>**Saint Louis, MO 63138** | | J | **Medical Bill** | | | | 22.02 |
| Account No. **xxx0997**<br><br>**Medical Recovery Specialilst**<br>**ATTN: BANKRUPTCY DEPT.**<br>**2250 E. Devon Ave Ste 352**<br>**Des Plaines, IL 60018** | | J | **Collection (St Marys Health)** | | | | 405.54 |

Sheet no. **20** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,510.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald J Meadors,**
     **Mabel V Meadors,**

Case No. _____

_____
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx1945<br><br>**Medical Revenue Service**<br>**ATTN: BANKRUPTCY DEPT. Hampton**<br>**PO Box 938**<br>**Vero Beach, FL 32961** | | J | Collection (Missouri Baptist) | | | | 42.00 |
| Account No. xx-xxxxx0100<br><br>**Merchants Credit Guide**<br>**ATTN: BANKRUPTCY DEPT.**<br>**223 W. Jackson Blvd**<br>**Chicago, IL 60606** | | J | Collection(Medical Bill Edwards Hospital) | | | | 27,251.50 |
| Account No. xxxxxxx0996<br><br>**Mercy Hospital**<br>**ATTN: BANKRUPTCY DEPT.**<br>**2525 S. Michigan Ave**<br>**Chicago, IL 60616** | | J | Medical Bill | | | | 688.00 |
| Account No. x7131<br><br>**Metro Heart Group**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 66754**<br>**Saint Louis, MO 63166** | | J | Medical Bill | | | | 39.60 |
| Account No. 7508<br><br>**Metro Imaging**<br>**ATTN: BANKRUPTCY DEPT.**<br>**11639 Olive Blvd**<br>**Saint Louis, MO 63141** | | J | 02/2012<br>Medical Bill | | | | 80.00 |

Sheet no. **21** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,101.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
      **Mabel V Meadors,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Michael Hoffmann DDS**<br>**ATTN: BANKRUPTCY DEPT.**<br>**950 Francis Place Ste 305**<br>**Saint Louis, MO 63105** | | H | **Medical Bill** | | | | 487.00 |
| Account No. **xx4301**<br><br>**Midland Funding LLC**<br>**ATTN: BANKRUPTCY DEPT.**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | J | **Collection (T-Mobile)** | | | | 1,504.00 |
| Account No. **xxxxxxx0181**<br><br>**Midwest Radiological Association**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 38900**<br>**Saint Louis, MO 63138** | | J | **Medical Bill** | | | | 22.02 |
| Account No. **xxxx6412**<br><br>**Mira Med Revenue Group**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 77000**<br>**Detroit, MI 48277** | | J | **Collection (Edward Hospital)** | | | | 2,388.00 |
| Account No. **xxxxxx0195**<br><br>**Missouri Baptist Medical Center**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 858361**<br>**Saint Louis, MO 63195** | | J | **Medical Bill** | | | | 126.32 |

Sheet no. **22** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)
4,527.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
         **Mabel V Meadors**

Case No. _____

_____
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2755**<br><br>**Missouri Dept of Revenue**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 3488**<br>**Jefferson City, MO 65105** | | H | **2007 - 2008**<br>**State taxes Donald Meadors** | | | | 5,261.55 |
| Account No. **xxxx & 7190**<br><br>**Missouri Dept of Revenue**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO BOX 385**<br>**Jefferson City, MO 65105** | | J | **2004**<br>**State Taxes 2004-2012** | | | | 13,615.89 |
| Account No. **0997**<br><br>**MRSI**<br>**ATTN: BANKRUPTCY DEPT.**<br>**2250 Devon Ave Ste 352**<br>**Des Plaines, IL 60018** | | J | **08/2011**<br>**Collection (St Marys Health Center)** | | | | 406.00 |
| Account No. **0878**<br><br>**MRSI**<br>**ATTN: BANKRUPTCY DEPT.**<br>**2250 Devon Ave Ste 352**<br>**Des Plaines, IL 60018** | | J | **0382011**<br>**Collection (St Marys Health Center)** | | | | 59.00 |
| Account No. **x3029**<br><br>**Naperville Radiologist**<br>**ATTN: BANKRUPTCY DEPT.**<br>**6910 S. Madison St**<br>**Willowbrook, IL 60527** | | J | **Medical Bill** | | | | 1,623.00 |

Sheet no. __**23**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,965.44

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
         **Mabel V Meadors**                                                    Case No. _____
_____
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx996A | | | Collection ( Mercy Hospital) | | | | |
| Nationwide Credit & Collection ATTN: BANKRUPTCY DEPT. 815 Commerce Drive Oak Brook, IL 60523 | | J | | | | | 61.50 |
| Account No. xxxx1843 | | | Collection (Illinois State Tolls) | | | | |
| NCO Financial ATTN: BANKRUPTCY DEPT. PO Box 17205 Wilmington, DE 19850 | | J | | | | | 509.70 |
| Account No. xxxx7364 | | | Collection (St Mary's Hosp) | | | | |
| NCO Financial ATTN: BANKRUPTCY DEPT. PO Box 17205 Wilmington, DE 19850 | | J | | | | | 40.00 |
| Account No. xxxx1110 | | | Collection (Midwest Radiological) | | | | |
| NCO Financial ATTN: BANKRUPTCY DEPT. PO Box 17205 Wilmington, DE 19850 | | J | | | | | 85.20 |
| Account No. 0161 | | | Medical Bill | | | | |
| Neurology Associates ATTN: BANKRUPTCY DEPT. PO Box 958417 Saint Louis, MO 63195 | | J | | | | | 100.00 |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    796.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
       **Mabel V Meadors,**
                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0567**<br><br>**North Shore Agency**<br>**ATTN: BANKRUPTCY DEPT.**<br>**9525 Sweet Valley Drive, Bldg a**<br>**Cleveland, OH 44125** | | J | Collection (Malibu Pilates) | | | | 449.94 |
| Account No. **xxxxxx4921**<br><br>**Northwest Collectors**<br>**ATTN: BANKRUPTCY DEPT.**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | | J | Collection (Consultant Radiologists) | | | | 214.00 |
| Account No. **xxxxxx6749**<br><br>**Northwest Collectors**<br>**ATTN: BANKRUPTCY DEPT.**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | | J | Collection (North Shore Pathology) | | | | 345.00 |
| Account No. **2755**<br><br>**Office of the Collector of Revenue**<br>**ATTN: BANKRUPTCY DEPT.**<br>**1200 Market St, Room 109**<br>**Saint Louis, MO 63103** | | H | Personal Property Tax (1473 Stewart Pl) | | | | 130.94 |
| Account No. **xxxx4309**<br><br>**Penn Credit**<br>**ATTN: BANKRUPTCY DEPT.**<br>**916 S. 14th St**<br>**Harrisburg, PA 17108** | | J | Collection (Food that Fight Pain) | | | | 71.60 |

Sheet no. **25** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,211.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
          **Mabel V Meadors**                                                    Case No. _____

_____
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx5626 <br><br> **Penn Credit** <br> **ATTN: BANKRUPTCY DEPT.** <br> **916 S. 14th St** <br> **Harrisburg, PA 17108** | | J | Collection (JS Platinium workout) | | | | 54.88 |
| Account No. xx1417 <br><br> **Pinnacle Credit Services** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 640** <br> **Hopkins, MN 55343** | | W | Collection (Cortrust) | | | | 189.94 |
| Account No. xxxx0742 <br><br> **Premier Credit Corporation** <br> **ATTN: BANKRUPTCY DEPT.** <br> **4245 Brockton Drive SE Ste B** <br> **Grand Rapids, MI 49512** | | J | Collection(Rogers & Holland) | | | | 463.51 |
| Account No. x6224 <br><br> **Premier Emergency Physicians** <br> **ATTN: BANKRUPTCY DEPT.** <br> **2345 Doughtery Ferry Road** <br> **Saint Louis, MO 63122** | | J | Medical Bill | | | | 12.59 |
| Account No. 8743 <br><br> **Prevention** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 6002** <br> **Emmaus, PA 18098** | | J | 05/2012 <br> Collection (Rodale) | | | | 15.85 |

Sheet no. __26__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                736.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
        **Mabel V Meadors**                                              Case No. _____

_____
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9056** | | | Medical Bill | | | | | |
| Quest Diagnostics ATTN: BANKRUPTCY DEPT. PO Box 41652 Philadelphia, PA 19101 | | J | | | | | | 20.00 |
| Account No. **xxxxxx4492** | | | Medical Bill | | | | | |
| Quest Diagnostics ATTN: BANKRUPTCY DEPT. PO Box 740780 Cincinnati, OH 45274 | | J | | | | | | 301.00 |
| Account No. **xx6312** | | | Medical Bill | | | | | |
| Regional Credit Services Medical Bill 1201 Jefferson St  Ste 150 Washington, MO 63090 | | J | | | | | | 71.31 |
| Account No. **5339** | | | Medical Bill | | | | | |
| Rehabilitaton Professionals, Inc ATTN: BANKRUPTCY DEPT. 1034 S. Brentwood Blvd Ste 300 Saint Louis, MO 63117 | | J | | | | | | 203.25 |
| Account No. **xxxxxxxx0001** | | | Collection (Rodale Books) | | | | | |
| Retrieval Masters Creditors ATTN: BANKRUPTCY DEPT. PO Box 1238 Elmsford, NY 10523 | | J | | | | | | 71.60 |

Sheet no. __**27**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **667.16**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
        **Mabel V Meadors**

Case No. _____

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1310** <br><br> **Rogers and Holland** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 879** <br> **Matteson, IL 60443** | J | | **01/2008** <br> **Consumer Debt** | | | | 463.00 |
| Account No. **xxxxxxxxxx9870** <br><br> **Scott Cattuhers Attorney at Law** <br> **ATTN: BANKRUPTCY DEPT.** <br> **8448 Katella Ave Ste 100** <br> **Stanton, CA 90680** | H | | **Collection (US Bank)** | | | | 638.36 |
| Account No. **xx9775** <br><br> **Sea & Associates** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 15174** <br> **Little Rock, AR 72231** | J | | **Collection (Blast Fitness)** | | | | 151.78 |
| Account No. **xxxxxx06N1** <br><br> **Senex Services** <br> **ATTN: BANKRUPTCY DEPT.** <br> **333 Founds Road Second** <br> **Indianapolis, IN 46268** | J | | **Collection (Medical Bill)** | | | | 363.00 |
| Account No. **xxxx3458** <br><br> **SKO Brenner American** <br> **ATTN: BANKRUPTCY DEPT.** <br> **PO Box 230** <br> **Farmingdale, NY 11735** | J | | **Collection (Malibu Pilaes)** | | | | 449.94 |

Sheet no. __28__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,066.08

B6F (Official Form 6F) (12/07) - Cont

In re    **Donald J Meadors,**
         **Mabel V Meadors**                                                    Case No. _____
_____
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8736**<br><br>SKO Brenner American<br>ATTN: BANKRUPTCY DEPT.<br>PO Box 230<br>Farmingdale, NY 11735 | | J | | 10/2001<br>**Consumer Debt** | | | | 498.00 |
| Account No. **xxx6788**<br><br>SLU Care<br>ATTN: BANKRUPTCY DEPT.<br>PO Box 18353M<br>Saint Louis, MO 63195 | | J | | **Medical Bill** | | | | 613.38 |
| Account No. **3433**<br><br>SLUH Anesthesia PArtners<br>ATTN: BANKRUPTCY DEPT.<br>PO Box 846002<br>Dallas, TX 75284 | | J | | 1/2012<br>**Medical Bill** | | | | 700.00 |
| Account No. **xxxxxx3933**<br><br>Sound and Spirit<br>ATTN: BANKRUPTCY DEPT.<br>PO Box 91160<br>Westville, IN 46391 | | J | | **Consumer Debt** | | | | 21.77 |
| Account No. **xxxxx7216**<br><br>Southwest Credit<br>ATTN: BANKRUPTCY DEPT.<br>4120 International Pkwy<br>Carrollton, TX 75007 | | J | | **Collection (ATT)** | | | | 322.51 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,155.66

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald J Meadors,**
     **Mabel V Meadors**
                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x-xxx199-2 <br><br> SSM Medical Group <br> ATTN: BANKRUPTCY DEPT. <br> 10777 Sunset OGC Dr Ste 210 <br> Saint Louis, MO 63127 | | J | Medical Bill | | | | 4,089.93 |
| Account No. xxxxxx0378 <br><br> St Anthony's Medical Center <br> ATTN: BANKRUPTCY DEPT. <br> PO Box 66766 <br> Saint Louis, MO 63166 | | J | Medical Bill | | | | 670.60 |
| Account No. xxxxxxx8735 <br><br> St Louis County Courts <br> ATTN: BANKRUPTCY DEPT. <br> 10 N. Tucker Blvd <br> Saint Louis, MO 63101 | | H | Civil Judgement - Donald Meadors | | | | 16,476.00 |
| Account No. xxxxxxxxxx0079 <br><br> St Louis County Courts <br> ATTN: BANKRUPTCY DEPT. <br> 10 N. Tucker Blvd <br> Saint Louis, MO 63101 | | H | Federal Tax Lien - Donald Meadors | | | | 1,483.00 |
| Account No. P062 <br><br> St Louis Home Health <br> ATTN: BANKRUPTCY DEPT. <br> 1000 Camera Ave Ste B <br> Saint Louis, MO 63126 | | J | Medical Bill | | | | 95.20 |

Sheet no. __30__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,814.73

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald J Meadors,**
      **Mabel V Meadors**,

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9481** | | | Medical Bill | | | | |
| St Louis Orthopedic ATTN: BANKRUPTCY DEPT. PO Box 798275 Saint Louis, MO 63179 | | J | | | | | 40.00 |
| Account No. **xxxx7008** | | | Consumer Debt | | | | |
| St Louis Post Dispatch ATTN: BANKRUPTCY DEPT. PO Box 790168 Saint Louis, MO 63179 | | J | | | | | 31.24 |
| Account No. **xxxxx7139** | | | Medical Bill | | | | |
| St Louis University Hospital ATTN: BANKRUPTCY DEPT. PO Box 741286 Atlanta, GA 30384 | | J | | | | | 1,025.93 |
| Account No. **415** | | | Medical Bill | | | | |
| Stephen Veluz MD LLC ATTN: BANKRUPTCY DEPT. 8747 White Ave Saint Louis, MO 63144 | | J | | | | | 46.74 |
| Account No. **7160** | | | 10/2011 Consumer Debt | | | | |
| Sunrise Credit Service ATTN: BANKRUPTCY DEPT. 260 Airport Plaza Farmingdale, NY 11735 | | J | | | | | 40.64 |

Sheet no. __31__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,184.55**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Donald J Meadors,**
      **Mabel V Meadors,**
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8626<br><br>**Sunrise Credit Service**<br>**ATTN: BANKRUPTCY DEPT.**<br>**260 Airport Plaza**<br>**Farmingdale, NY 11735** | | J | 08/2010<br>**Collection (Rodale)** | | | | 71.60 |
| Account No. xxxxxxx5655<br><br>**Tenet Des Peres Hospital**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 830913**<br>**Birmingham, AL 35283** | | J | **Medical Bill** | | | | 260.00 |
| Account No. xxxx4880<br><br>**Thane Direct, USA**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 6009**<br>**Sparks, NV 89432** | | H | **Consumer Debt** | | | | 159.96 |
| Account No. x9933<br><br>**Therapeutic & Diagnostic Imaging**<br>**ATTN: BANKRUPTCY DEPT.**<br>**Po Box 66726**<br>**Saint Louis, MO 63166** | | J | **Medical Bill** | | | | 3.81 |
| Account No. xx9646<br><br>**TPS, LLC**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 1829**<br>**Gardendale, AL 35071** | | J | **Medical Bill** | | | | 25.00 |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      520.37

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald J Meadors,**
**Mabel V Meadors**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx6737 | | | Collection (TruGreen) | | | | |
| Transworld ATTN: BANKRUPTCY DEPT. Po Box 1864 Santa Rosa, CA 95402 | | J | | | | | 47.25 |
| Account No. xxxx2763 | | | Collecton (St Marys Health) | | | | |
| Transworld ATTN: BANKRUPTCY DEPT. PO Box 15270 Wilmington, DE 19850 | | J | | | | | 40.00 |
| Account No. 6529 | | | 08/2008 Colletion (BC Missouri Emerg Phy) | | | | |
| United Collect Bur Inc ATTN: BANKRUPTCY DEPT. 5620 Southwyck Blvd Toledo, OH 43614 | | J | | | | | 392.00 |
| Account No. 6255 | | | 09/2008 Colletion (BC Missouri Emerg Phy) | | | | |
| United Collect Bur Inc ATTN: BANKRUPTCY DEPT. 5620 Southwyck Blvd Toledo, OH 43614 | | J | | | | | 209.00 |
| Account No. xxxxx6939 | | | Medical Bill | | | | |
| Valley Baptist Health Systems ATTN: BANKRUPTCY DEPT. PO Box 910082 Dallas, TX 75391 | | J | | | | | 956.60 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,644.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Donald J Meadors,**
      **Mabel V Meadors**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6939**<br><br>**Valley Emergency Physicians**<br>**ATTN: BANKRUPTCY DEPT.**<br>**Po Box 5357**<br>**Norman, OK 73070** | | J | Medical Bill | | | | 663.67 |
| Account No. **xxxxx6939**<br><br>**Valley Radiologist**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 2109**<br>**San Benito, TX 78586** | | J | Medical Bill | | | | 21.56 |
| Account No. **xxxx5627**<br><br>**Washington University Physicians**<br>**ATTN: BANKRUPTCY DEPT.**<br>**PO Box 502432**<br>**Saint Louis, MO 63150** | | J | Medical Bill | | | | 2,079.79 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __34__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,765.02**

Total
(Report on Summary of Schedules)   **326,310.66**

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Donald J Meadors,**
    **Mabel V Meadors,**

Case No. _____

_____
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Donald J Meadors,**
         **Mabel V Meadors**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Donald J Meadors** |
| Debtor 2 (Spouse, if filing) | **Mabel V Meadors** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                       12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | Lead tester | |
| | **Employer's name** | Aerotek | |
| | **Employer's address** | Oakbrook Terrace, IL . | |
| | **How long employed there?** | 6 weeks | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,348.67 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 2,348.67 | $ 0.00 |

Official Form B 6I                    Schedule I: Your Income                    page 1

Debtor 1  **Donald J Meadors**
Debtor 2  **Mabel V Meadors**

Case number *(if known)* _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 2,348.67 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 310.74 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions. Specify:** _____ | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 310.74 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,037.93 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income. Specify:** _____ | 8h.+ | $ 0.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10.   $ 2,037.93  +  $ 0.00  =  $ 2,037.93

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____

11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12.  $ 2,037.93
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

**Schedule I: Your Income**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Donald J Meadors** |
| Debtor 2 (Spouse, if filing) | **Mabel V Meadors** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

☐ No. Go to line 2.

☒ Yes. **Does Debtor 2 live in a separate household?**

☒ No

☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ☒ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No
☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | **Your expenses** |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 600.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Official Form B 6J                    Schedule J: Your Expenses                    page 1

Debtor 1  **Donald J Meadors**
Debtor 2  **Mabel V Meadors** _____  Case number (if known) _____

| 6. | **Utilities:** | | |
|---|---|---|---|
| | 6a. Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 170.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 250.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 40.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 20.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 140.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 10.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 108.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 450.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Storage** | 21. +$ | 408.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 2,196.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 2,037.93 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | 2,196.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -158.07 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Donald J Meadors**
      **Mabel V Meadors**

Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __51__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___6-16-15___

Signature _____
**Donald J Meadors**
Debtor

Date ___6-16-15___

Signature _____
**Mabel V Meadors**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Donald J Meadors**
       **Mabel V Meadors**
_____
                              Debtor(s)

Case No. _____
Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **174**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  6-16-15                        _____
                                      **Donald J Meadors**
                                      Signature of Debtor

Date:  6-16-15                        _____
                                      **Mabel V Meadors**
                                      Signature of Debtor

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Donald J Meadors**
**Mabel V Meadors**

Case No.

Debtor(s)    Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,912.00** | **Quest Diagnostics Donald Meadors Year of 2013** |
| **$6,686.00** | **Convergys Mabel Meadors Year of 2013** |
| **$21,846.00** | **Quest Diagnostics Donald Meadors Year of 2014** |
| **$5,675.00** | **Convergys Mabel Meadors Year of 2014** |
| **$5,386.29** | **Aerotek Donald Meadors Year of 2015** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

B7 (Official Form 7) (04/13)
5

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)
7

## 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

## 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                   NATURE OF INTEREST               PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                   TITLE                     NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

## 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

NAME                          ADDRESS                            DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                     DATE OF TERMINATION

## 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE               AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                 OR DESCRIPTION AND
VALUE OF PROPERTY

## 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■       If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _6-16-15_                    Signature _Donald J. Meadows_
                                           **Donald J Meadors**
                                           Debtor

Date _6-16-15_                    Signature _Mabel V. Meadors_
                                           **Mabel V Meadors**
                                           Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Donald J Meadors**
        **Mabel V Meadors**

                            Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Capitol One Auto Finance | **Describe Property Securing Debt:**<br>2007 Mercury Montego |

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☑ Claimed as Exempt              ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date    6-16-15

Signature    *Donald J. Meadors*
**Donald J Meadors**
Debtor

Date    6-16-15

Signature    *Mabel V. Meadors*
**Mabel V Meadors**
Joint Debtor

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Donald J Meadors**
      **Mabel V Meadors** _____

                              Debtor(s)

Case No. _____

Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Donald J Meadors**
**Mabel V Meadors** _____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X *Donald J. Meadors*   6-16-15
   Signature of Debtor       Date

X *Mabel V. Meadors*   6-16-15
   Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

```
ACB Recovery
ATTN: BANKRUPTCY DEPT.
PO Box 2548
Cincinnati, OH 45201


Account Resolution Corporation
ATTN: BANKRUPTCY DEPT.
PO Box 3860
Chesterfield, MO 63006


Account Resolution Corporation
ATTN: BANKRUPTCY DEPT.
PO Box 3860
Chesterfield, MO 63006


Account Resolution Corporation
ATTN: BANKRUPTCY DEPT.
PO Box 3860
Chesterfield, MO 63006


Account Resolution Corporation
ATTN: BANKRUPTCY DEPT.
PO Box 3860
Chesterfield, MO 63006


Account Resolution Corporation
ATTN: BANKRUPTCY DEPT.
PO Box 3860
Chesterfield, MO 63006


AFNI
ATTN: BANKRUPTCY DEPT.
PO Box 3517
Bloomington, IL 61702


AFNI
ATTN: BANKRUPTCY DEPT.
PO Box 3517
Bloomington, IL 61702


Allergy and Asthma Care Center
ATTN: BANKRUPTCY DEPT.
120 N E Glen Oak Ave Ste 408
Peoria, IL 61603
```

Ameren Missouri
ATTN: BANKRUPTCY DEPT.
PO Box 790098
Saint Louis, MO 63179


AMEX
ATTN: BANKRUPTCY DEPT.
PO Box 297871
Fort Lauderdale 33329


Apelles
ATTN: BANKRUPTCY DEPT.
PO Box 1197
Westerville, OH 43086


Arnold Harris
ATTN: BANKRUPTCY DEPT.
600 W. Jackson Blvd
Chicago, IL 60661


Associates in Dermatology
ATTN: BANKRUPTCY DEPT.
1404 Eastland Srive
Bloomington, IL 61701


AT & T Cellular
ATTN: BANKRUPTCY DEPT.
PO Box 5014
Carol Stream, IL 60197


AT&T
ATTN: BANKRUPTCY DEPT.
208 S. Akard St
Dallas, TX 75202


ATG Credit
ATTN: BANKRUPTCY DEPT.
1700 W. Corland St Ste 201
Chicago, IL 60622


ATT Mobility
ATTN: BANKRUPTCY DEPT.
PO Box 650553
Dallas, TX 75265

Bako
ATTN: BANKRUPTCY DEPT.
PO Box 6039
Falmouth, ME 04105


Bank of America
ATTN: BANKRUPTCY DEPT.
PO Box 5170
Simi Valley, CA 93062


Barnes Jewish Hospital
ATTN: BANKRUPTCY DEPT.
PO Box 504391
Saint Louis, MO 63160


Bay Area Credit Services
1901 W. 10th St
Antioch, CA 94509


Bellevue Radiology
ATTN: BANKRUPTCY DEPT.
Po Box 796023
Saint Louis, MO 63179


BJC Healthcare
ATTN: BANKRUPTCY DEPT.
Po Box 958410
Saint Louis, MO 63195


Bone and Joint Institute
ATTN: BANKRUPTCY DEPT.
2325 Dougherty Ferry Road Ste 202
Saint Louis, MO 63122


Butler Security
ATTN: BANKRUPTCY DEPT.
16925 Manchester Road
Grover, MO 63040


CACi
ATTN: BANKRUPTCY DEPT.
PO Box 270480
Saint Louis, MO 63127

CACi
ATTN: BANKRUPTCY DEPT.
PO Box 270480
Saint Louis, MO 63127


CACi
ATTN: BANKRUPTCY DEPT.
PO Box 270480
Saint Louis, MO 63127


Capitol One Auto Finance
ATTN: BANKRUPTCY DEPT.
3901 Dallas Pkwy
Plano, TX 75093


CBE Group
ATTN: BANKRUPTCY DEPT.
1309 Technology Pkwy
Cedar Falls, IA 50613


CCS/Cortrust
ATTN: BANKRUPTCY DEPT.
500 E. 60th St N
Sioux Falls, SD 57104


Central Financial Control
ATTN: BANKRUPTCY DEPT.
PO Box 66044
Anaheim, CA 92816


Central Financial Control
ATTN: BANKRUPTCY DEPT.
PO Box 66044
Anaheim, CA 92816


Certified Services
ATTN: BANKRUPTCY DEPT.
1733 Washington St Ste 201
Waukegan, IL 60085


Charter Communications
ATTN: BANKRUPTCY DEPT.
12405 Powerscout Drive
Saint Louis, MO 63131

Chase Receivables
ATTN: BANKRUPTCY DEPT.
1247 Broadway
Sonoma, CA 95476


Childrens Hospital
ATTN: BANKRUPTCY DEPT.
One Childrens Place
Saint Louis, MO 63110


Choice Recovery
ATTN: BANKRUPTCY DEPT.
PO Box 20790
Columbus, OH 43220


Christian NE-NW
ATTN: BANKRUPTCY DEPT.
PO Box 958188
Saint Louis, MO 63195


CitiFinancial Auto
ATTN: BANKRUPTCY DEPT. Hampton
PO Box 183036
Columbus, OH 43218


City of St Louis EMS
ATTN: BANKRUPTCY DEPT.
Po Box 956135
Saint Louis, MO 63195


City of St. Louis
ATTN: BANKRUPTCY DEPT.
PO Box 78669
Saint Louis, MO 63178


Clayton Emergency Group
ATTN: BANKRUPTCY DEPT.
PO Box 400
San Antonio, TX 78292


Club Fitness
ATTN: BANKRUPTCY DEPT.
259 Centre Pointe Drive
Saint Peters, MO 63376

CMRE Financial Services
ATTN: BANKRUPTCY DEPT.
3075 E. Imperial Hwy #200
Brea, CA 92821


Collector of Revenue
ATTN: BANKRUPTCY DEPT.
1200 Market St. Room 109
Saint Louis, MO 63103


Collector of Revenue
ATTN: BANKRUPTCY DEPT.
1200 Market St. Room 109
Saint Louis, MO 63103


Complete Payment Recovery Service
ATTN: BANKRUPTCY DEPT.
3500 5th St
Northport, AL 35476


Consolidated Recovery Systems
ATTN: BANKRUPTCY DEPT.
PO Box 172193
Memphis, TN 38187


Consultants in Pathology
ATTN: BANKRUPTCY DEPT.
PO Box 30309
Charleston, SC 29417


Consumer Adjustments Co
ATTN: BANKRUPTCY DEPT.
12855 Tesson Ferry Road
Saint Louis, MO 63128


Consumer Adjustments Co
ATTN: BANKRUPTCY DEPT.
12855 Tesson Ferry Road
Saint Louis, MO 63128


Consumer Adjustments Co
ATTN: BANKRUPTCY DEPT.
12855 Tesson Ferry Road
Saint Louis, MO 63128

Consumer Adjustments Co
ATTN: BANKRUPTCY DEPT.
12855 Tesson Ferry Road
Saint Louis, MO 63128


Consumer Collection Management
ATTN: BANKRUPTCY DEPT.
PO Box 1839
Maryland Heights, MO 63043


Consumer Collection Management
ATTN: BANKRUPTCY DEPT.
PO Box 1839
Maryland Heights, MO 63043


Credit Collection
ATTN: BANKRUPTCY DEPT.
Two Wells Ave
Newton Center, MA 02459


Credit Control
ATTN: BANKRUPTCY DEPT.
5757 Phanton Drive
Hazelwood, MO 63042


Credit Management LP
ATTN: BANKRUPTCY DEPT.
4200 International Pkwy
Carrollton, TX 75007


Credit Protection Association
ATTN: BANKRUPTCY DEPT.
13355 Noel Road Ste 2100
Dallas, TX 75240


Creditors Discount & Aud
ATTN: BANKRUPTCY DEPT.
415 E. Main St
Streator, IL 61364


Davis Dental Care
ATTN: BANKRUPTCY DEPT.
331 DeBaliviere
Saint Louis, MO 63112

Dept of Education/Navient
ATTN: BANKRUPTCY DEPT.
PO Box 9635
Wilkes Barre, PA 18773


Edward Health Ventures
ATTN: BANKRUPTCY DEPT.
26185 Network Place
Chicago, IL 60673


Edward Hospital
ATTN: BANKRUPTCY DEPT.
PO Box 4207
Carol Stream, IL 60197


Emergency Physicians Office
ATTN: BANKRUPTCY DEPT.
PO Box 3475
Toledo, OH 43607


EMP of Cook County, LLC
ATTN: BANKRUPTCY DEPT.
PO Box 636750
Cincinnati, OH 45263


Enhanced Recovery Corporation
ATTN: BANKRUPTCY DEPT.
PO Box 57547
Jacksonville, FL 32241


EOS CCA
ATTN: BANKRUPTCY DEPT.
PO Box 3488
Jefferson City, MO 65105


EOS CCA
ATTN: BANKRUPTCY DEPT.
700 Longwater Drive
Norwell, MA 02061


Evans & Dixon
ATTN: BANKRUPTCY DEPT.
211 N. Broadway Ste 2500
Saint Louis, MO 63102

Extended Business Office
ATTN: BANKRUPTCY DEPT.
13523 Barrett Parkway Drive Ste 241
Ballwin, MO 63021


Family Health Care Centers
ATTN: BANKRUPTCY DEPT.
401 Holly Hills Ave
Saint Louis, MO 63111


Financial Corporation of America
ATTN: BANKRUPTCY DEPT.
12515 Research Blvd #2 Ste 100
Cuney, TX 75759


Firstsource Advantage
ATTN: BANKRUPTCY DEPT.
7650 Magna Drive
Belleville, IL 62223


Forest Park Pediatrics
ATTN: BANKRUPTCY DEPT.
PO Box 16604
Saint Louis, MO 63105


Franciscan Alliance
ATTN: BANKRUPTCY DEPT.
37653 Eagle Way
Chicago, IL 60678


Gate District East Association
ATTN: BANKRUPTCY DEPT.
PO Box 2021
Saint Louis, MO 63158


IC System, Inc
ATTN: BANKRUPTCY DEPT.
444 Highway 96 East
Saint Paul, MN 55164


IC Systems Inc
ATTN: BANKRUPTCY DEPT.
PO Box 64378
Saint Paul, MN 55164

```
Illinois Collection Service
ATTN: BANKRUPTCY DEPT.
Po Boc 1010
Tinley Park, IL 60477


Illinois Collection Service
ATTN: BANKRUPTCY DEPT.
Po Boc 1010
Tinley Park, IL 60477


Illinois Tollway
ATTN: BANKRUPTCY DEPT.
PO Box 5544
Chicago, IL 60680


Ingalls Memorial Hospital
ATTN: BANKRUPTCY DEPT.
PO Box 5435 Dept 0028
Carol Stream, IL 60197


Inpatient Consultants
ATTN: BANKRUPTCY DEPT.
PO Box 92707
Los Angeles, CA 90009


Inpatient Consultants of MO
ATTN: BANKRUPTCY DEPT.
PO Box 92707
Los Angeles, CA 90009


Integrity Solutions Svcs
ATTN: BANKRUPTCY DEPT.
20 Corporate Hills Dr
Saint Charles, MO 63301


Internal Revenue Service
ATTN: BANKRUPTCY DEPT.
Kansas City, MO 64999


Internal Revenue Service
ATTN: BANKRUPTCY DEPT.
Kansas City, MO 64999
```

IT Please
ATTN: BANKRUPTCY DEPT.
PO Box 550747
Jacksonville, FL 32255


Jerry Bowlin
ATTN: BANKRUPTCY DEPT.
520 W. 103rd S , St e252
Kansas City, MO 64114


Kozeny & McCubbin
ATTN: BANKRUPTCY DEPT.
12400 Olive Blvd
Saint Louis, MO 63141


Kramer and Frank PC
9300 Dielman Ind Drive
63132


Laboratory & Pathology Diagnostics
ATTN: BANKRUPTCY DEPT.
Department 4387
Carol Stream, IL 60122


LDC Collection Systems
ATTN: BANKRUPTCY DEPT.
PO Box 78669
Saint Louis, MO 63178


Linebarger Goggan Blair & Sampson
ATTN: BANKRUPTCY DEPT.
PO Box 06140
Chicago, IL 60606


Mark Mc Mahon
ATTN: BANKRUPTCY DEPT.
7912 Bonhomme Ste 101
Saint Louis, MO 63105


Massage Envy
ATTN: BANKRUPTCY DEPT.
15159 S. LaGrange Road
Orland Park, IL 60462

Matthew S Wilson LLC
ATTN: BANKRUPTCY DEPT.
621 S. New Ballas Road
Saint Louis, MO 63141


MCA Management Company
ATTN: BANKRUPTCY DEPT.
PO Box 480
High Ridge, MO 63049


MCA Management Company
ATTN: BANKRUPTCY DEPT.
PO Box 480
High Ridge, MO 63049


MCA Management Company
ATTN: BANKRUPTCY DEPT.
PO Box 480
High Ridge, MO 63049


Medical Commercial Audit
ATTN: BANKRUPTCY DEPT.
PO Box 480
High Ridge, MO 63049


Medical Financial Solutions
ATTN: BANKRUPTCY DEPT.
PO Box 50897
Climax, MI 49034


Medical Radiological Assoc
ATTN: BANKRUPTCY DEPT.
PO Box 38900
Saint Louis, MO 63138


Medical Recovery Specialilst
ATTN: BANKRUPTCY DEPT.
2250 E. Devon Ave Ste 352
Des Plaines, IL 60018


Medical Revenue Service
ATTN: BANKRUPTCY DEPT. Hampton
PO Box 938
Vero Beach, FL 32961

```
Merchants Credit Guide
ATTN: BANKRUPTCY DEPT.
223 W. Jackson Blvd
Chicago, IL 60606


Mercy Hospital
ATTN: BANKRUPTCY DEPT.
2525 S. Michigan Ave
Chicago, IL 60616


Metro Heart Group
ATTN: BANKRUPTCY DEPT.
PO Box 66754
Saint Louis, MO 63166


Metro Imaging
ATTN: BANKRUPTCY DEPT.
11639 Olive Blvd
Saint Louis, MO 63141


Michael Hoffmann DDS
ATTN: BANKRUPTCY DEPT.
950 Francis Place Ste 305
Saint Louis, MO 63105


Midland Funding LLC
ATTN: BANKRUPTCY DEPT.
8875 Aero Dr Ste 200
San Diego, CA 92123


Midwest Radiological Association
ATTN: BANKRUPTCY DEPT.
PO Box 38900
Saint Louis, MO 63138


Mira Med Revenue Group
ATTN: BANKRUPTCY DEPT.
PO Box 77000
Detroit, MI 48277


Missouri Baptist Medical Center
ATTN: BANKRUPTCY DEPT.
PO Box 858361
Saint Louis, MO 63195
```

Missouri Dept of  Revenue
ATTN: BANKRUPTCY DEPT.
PO Box 3488
Jefferson City, MO 65105


MRSI
ATTN: BANKRUPTCY DEPT.
2250 Devon Ave Ste 352
Des Plaines, IL 60018


MRSI
ATTN: BANKRUPTCY DEPT.
2250 Devon Ave Ste 352
Des Plaines, IL 60018


Naperville Radiologist
ATTN: BANKRUPTCY DEPT.
6910 S. Madison St
Willowbrook, IL 60527


Nationwide Credit & Collection
ATTN: BANKRUPTCY DEPT.
815 Commerce Drive
Oak Brook, IL 60523


NCO Financial
ATTN: BANKRUPTCY DEPT.
PO Box 17205
Wilmington, DE 19850


NCO Financial
ATTN: BANKRUPTCY DEPT.
PO Box 17205
Wilmington, DE 19850


NCO Financial
ATTN: BANKRUPTCY DEPT.
PO Box 17205
Wilmington, DE 19850


Neurology Associates
ATTN: BANKRUPTCY DEPT.
PO Box 958417
Saint Louis, MO 63195

North Shore Agency
ATTN: BANKRUPTCY DEPT.
9525 Sweet Valley Drive, Bldg a
Cleveland, OH 44125


Northwest Collectors
ATTN: BANKRUPTCY DEPT.
3601 Algonquin Rd Ste 232
Rolling Meadows, IL 60008


Northwest Collectors
ATTN: BANKRUPTCY DEPT.
3601 Algonquin Rd Ste 232
Rolling Meadows, IL 60008


Office of the Collector of Revenue
ATTN: BANKRUPTCY DEPT.
1200 Market St, Room 109
Saint Louis, MO 63103


Penn Credit
ATTN: BANKRUPTCY DEPT.
916 S. 14th St
Harrisburg, PA 17108


Penn Credit
ATTN: BANKRUPTCY DEPT.
916 S. 14th St
Harrisburg, PA 17108


Pinnacle Credit Services
ATTN: BANKRUPTCY DEPT.
PO Box 640
Hopkins, MN 55343


Premier Credit Corporation
ATTN: BANKRUPTCY DEPT.
4245 Brockton Drive SE Ste B
Grand Rapids, MI 49512


Premier Emergency Physicians
ATTN: BANKRUPTCY DEPT.
2345 Doughtery Ferry Road
Saint Louis, MO 63122

Prevention
ATTN: BANKRUPTCY DEPT.
PO Box 6002
Emmaus, PA 18098


Quest Diagnostics
ATTN: BANKRUPTCY DEPT.
PO Box 41652
Philadelphia, PA 19101


Quest Diagnostics
ATTN: BANKRUPTCY DEPT.
PO Box 740780
Cincinnati, OH 45274


Regional Credit Services
Medical Bill
1201 Jefferson St Ste 150
Washington, MO 63090


Rehabilitaton Professionals, Inc
ATTN: BANKRUPTCY DEPT.
1034 S. Brentwood Blvd Ste 300
Saint Louis, MO 63117


Retrieval Masters Creditors
ATTN: BANKRUPTCY DEPT.
PO Box 1238
Elmsford, NY 10523


Rogers and Holland
ATTN: BANKRUPTCY DEPT.
PO Box 879
Matteson, IL 60443


Scott Cattuhers Attorney at Law
ATTN: BANKRUPTCY DEPT.
8448 Katella Ave Ste 100
Stanton, CA 90680


Sea & Associates
ATTN: BANKRUPTCY DEPT.
PO Box 15174
Little Rock, AR 72231

Senex Services
ATTN: BANKRUPTCY DEPT.
333 Founds Road Second
Indianapolis, IN 46268


SKO Brenner American
ATTN: BANKRUPTCY DEPT.
PO Box 230
Farmingdale, NY 11735


SKO Brenner American
ATTN: BANKRUPTCY DEPT.
PO Box 230
Farmingdale, NY 11735


SLU Care
ATTN: BANKRUPTCY DEPT.
PO Box 18353M
Saint Louis, MO 63195


SLUH Anesthesia PArtners
ATTN: BANKRUPTCY DEPT.
PO Box 846002
Dallas, TX 75284


Sound and Spirit
ATTN: BANKRUPTCY DEPT.
PO Box 91160
Westville, IN 46391


Southwest Credit
ATTN: BANKRUPTCY DEPT.
4120 International Pkwy
Carrollton, TX 75007


SSM Medical Group
ATTN: BANKRUPTCY DEPT.
10777 Sunset OGC Dr Ste 210
Saint Louis, MO 63127


St Anthony's Medical Center
ATTN: BANKRUPTCY DEPT.
PO Box 66766
Saint Louis, MO 63166

St Louis County Courts
ATTN: BANKRUPTCY DEPT.
10 N. Tucker Blvd
Saint Louis, MO 63101


St Louis County Courts
ATTN: BANKRUPTCY DEPT.
10 N. Tucker Blvd
Saint Louis, MO 63101


St Louis Home Health
ATTN: BANKRUPTCY DEPT.
1000 Camera Ave Ste B
Saint Louis, MO 63126


St Louis Orthopedic
ATTN: BANKRUPTCY DEPT.
PO Box 798275
Saint Louis, MO 63179


St Louis Post Dispatch
ATTN: BANKRUPTCY DEPT.
PO Box 790168
Saint Louis, MO 63179


St Louis University Hospital
ATTN: BANKRUPTCY DEPT.
PO Box 741286
Atlanta, GA 30384


Stephen Veluz MD LLC
ATTN: BANKRUPTCY DEPT.
8747 White Ave
Saint Louis, MO 63144


Sunrise Credit Service
ATTN: BANKRUPTCY DEPT.
260 Airport Plaza
Farmingdale, NY 11735


Sunrise Credit Service
ATTN: BANKRUPTCY DEPT.
260 Airport Plaza
Farmingdale, NY 11735

Tenet Des Peres Hospital
ATTN: BANKRUPTCY DEPT.
PO Box 830913
Birmingham, AL 35283


Thane Direct, USA
ATTN: BANKRUPTCY DEPT.
PO Box 6009
Sparks, NV 89432


Therapeutic & Diagnostic Imaging
ATTN: BANKRUPTCY DEPT.
Po Box 66726
Saint Louis, MO 63166


TPS, LLC
ATTN: BANKRUPTCY DEPT.
PO Box 1829
Gardendale, AL 35071


Transworld
ATTN: BANKRUPTCY DEPT.
Po Box 1864
Santa Rosa, CA 95402


Transworld
ATTN: BANKRUPTCY DEPT.
PO Box 15270
Wilmington, DE 19850


United Collect Bur Inc
ATTN: BANKRUPTCY DEPT.
5620 Southwyck Blvd
Toledo, OH 43614


United Collect Bur Inc
ATTN: BANKRUPTCY DEPT.
5620 Southwyck Blvd
Toledo, OH 43614


Valley Baptist Health Systems
ATTN: BANKRUPTCY DEPT.
PO Box 910082
Dallas, TX 75391

Valley Emergency Physicians
ATTN: BANKRUPTCY DEPT.
Po Box 5357
Norman, OK 73070


Valley Radiologist
ATTN: BANKRUPTCY DEPT.
PO Box 2109
San Benito, TX 78586


Washington University Physicians
ATTN: BANKRUPTCY DEPT.
PO Box 502432
Saint Louis, MO 63150